# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUNTRUST BANKS, INC., WILLIAM H. ROGERS JR., AGNES BUNDY SCANLAN, DALLAS S. CLEMENT, PAUL R. GARCIA, M. DOUGLAS IVESTER, DONNA S. MOREA, DAVID M. RATCLIFFE, FRANK P. SCRUGGS JR., BRUCE L. TANNER, STEVEN C. VOORHES, THOMAS R. WATJEN, and BB&T CORPORATION,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01277-SCJ |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: November 14, 2019　　　　　**HOLZER & HOLZER, LLC**

　　　　　　　　　　　　　　　By:　*/s/ Marshall P. Dees*

　　　　　　　　　　　　　　　　　Corey D. Holzer
　　　　　　　　　　　　　　　　　Georgia Bar # 364698
　　　　　　　　　　　　　　　　　Marshall P. Dees
　　　　　　　　　　　　　　　　　Georgia Bar # 105776
　　　　　　　　　　　　　　　　　1200 Ashwood Parkway, Suite 410
　　　　　　　　　　　　　　　　　Atlanta, GA 30338
　　　　　　　　　　　　　　　　　Telephone: (770) 392-0090
　　　　　　　　　　　　　　　　　Facsimile: (770) 392-0029

　　　　　　　　　　　　　　　**RIGRODSKY & LONG, P.A.**
　　　　　　　　　　　　　　　　　Gina M. Serra
　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1220
　　　　　　　　　　　　　　　　　Wilmington, DE 19801

    (302) 295-5310

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document, including any and all exhibits, was filed electronically on November 14, 2019, with the Court's ECF system, which in turn will automatically serve all counsel of record.

/s/ Marshall Dees